B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,        Case No. _____
    *aka* Grafton T. Hunley II

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Secretary of Veteran's Affairs**<br>**c/o BSI Financial Services**<br>Name of Transferee | **Secretary of Veteran's Affairs**<br>**c/o Ditech Financial LLC**<br>Name of Transferor |

Name and Address where notices to transferee should be sent:
**BSI Financial Services**
**1425 Greenway Drive, #400**
**Irving, TX 75038**

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
**BSI Financial Services**
**314 S. Franklin St. P.O. Box 517**
**Titusville, PA 16354**
Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.